# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICKIE GREEN**                                                          **PLAINTIFF**
**ADC #117055**

v.                 **CASE NO. 4:16-CV-00516 BSM**

**MARGE GRIGSDIE,**
**Assistant Administrator,**
**Lonoke County Sheriff's Office, et al.**                 **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 11] has been reviewed. No objections have been filed. After reviewing the record, the recommended disposition is adopted.

IT IS THEREFORE ORDERED that:

1. Plaintiff Rickie Green may proceed with his inadequate medical care, equal protection, excessive force, failure to protect, and battery claims against Defendants Grigsdie, McCoy, Caldwell, Langley, Huette, Peyton, Parnell, and Clark.

2. Green's claims against Staley, Lanius, Cook, Hart, and Doe are dismissed without prejudice.

3. The clerk is directed to prepare a summons for Grigsdie, McCoy, Caldwell, Langley, Huette, Peyton, Parnell, and Clark. The U.S. Marshal is directed to serve the summons, substituted complaint, and this order on them without prepayment of fees and costs. If any of the defendants are no longer Lonoke County employees, the individual

responding to service must file a sealed statement providing the unserved defendant's last know private mailing address.

4. It is certified hat an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE