## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RICKIE GREEN**  **PLAINTIFF**
**ADC #117055**

v.  **CASE NO. 4:16-CV-00516 BSM**

**MARGIE GRIGSBY, et al.**  **DEFENDANTS**

### ORDER

The partial recommended disposition [Doc. No. 56] filed by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, defendants' motion for partial summary judgment [Doc. No. 42] is granted in part and denied in part. Green's inadequate medical care and race discrimination claims against all defendants, in their official capacities, are dismissed with prejudice. His inadequate medical care and race discrimination claims against all defendants, in their individual capacities, is allowed to proceed to trial. Green is also allowed to proceed to trial on his excessive force, battery, and failure to protect claims against defendants Grigsby, Peyton, Clark, Langley, Huett, and Cauldwell, in their individual and official capacities.

IT IS SO ORDERED this 6th day of March 2018.

_____
UNITED STATES DISTRICT JUDGE